**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02385-CMA

CAROL J. TENNISON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

ORDER GRANTING MOTION TO CONDUCT ORAL ARGUMENT VIA TELEPHONE
_____

    Plaintiff's Unopposed Motion to Conduct Oral Argument Via Telephone (Doc. # 14), filed April 27, 2009, is GRANTED. It is further

    ORDERED that Eddy Pierre may appear on behalf of Plaintiff Carol Tennison during the hearing.

    Mr. Tennison shall initial the conference call five minutes before the scheduled hearing time by calling Chambers (303) 335-2174.

    DATED: April 28, 2009.

                                         BY THE COURT:

                                         _____
                                         CHRISTINE M. ARGUELLO
                                         United States District Judge